IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26–35–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DANNY ATTILIO LUCIANO, | |
| Defendant. | |

In light of the Government having filed a new Indictment against the above-named Defendant, and the exclusions provided for by 18 U.S.C. § 3161(h)(5),

IT IS ORDERED that, on or before July 16, 2026, the Parties shall submit a joint status report setting forth the number of days remaining on the speedy trial clock.

IT IS FURTHER ORDERED that the preliminary pretrial conference set for July 22, 2026, is VACATED.

DATED this 14th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court