IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DANNY ATTILIO LUCIANO,<br>Defendant. | CR 26–35–M–DLC<br><br>ORDER |

Before the Court is Defendant Danny Attilio Luciano's motion to dismiss. (Doc. 17.) Defendant recognizes that the Ninth Circuit has rejected both of his arguments, but raises the issues here to preserve them on appeal. (Doc. 18 at 2, 4.) Because the Ninth Circuit's holdings in *United States v. Duarte*, 137 F.4th 743 (9th Cir. 2025) (en banc) and *United States v. Sherbondy*, 865 F.2d 996, 1000–01 (9th Cir. 1988) preclude Luciano's arguments, his motion must be denied.

Accordingly, IT IS ORDERED that the motion (Doc. 17) is DENIED.

DATED this 19th day of August, 2026.

Dana L. Christensen, District Judge
United States District Court